IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:22CR223 |
| BRANDON MICHAEL PITTS (38) | § § | Judge Jordan |

## FACTUAL BASIS

The defendant, **Brandon Michael Pitts**, hereby stipulates and agrees that at all times relevant to the Fourth Superseding Indictment herein, the following facts were true:

1. That the defendant, **Brandon Michael Pitts**, who is changing his plea to guilty, is the same person charged in the Fourth Superseding Indictment.

2. That **Brandon Michael Pitts** and one or more persons in some way or manner made an agreement to commit the crime charged in the **Fourth Superseding Indictment**, to possess with the intent to manufacture and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual).

3. That **Brandon Michael Pitts** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4. That **Brandon Michael Pitts** knew that the amount involved during the term of the conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual). This amount was involved in the conspiracy after the defendant entered the

conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

5. **Brandon Michael Pitts'** role in the conspiracy was to supply co-conspirators with methamphetamine from various sources which would then be distributed to other co-conspirators during the term of the conspiracy in the Eastern and Northern Districts of Texas.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Fourth Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 8-13-24

_____
BRANDON MICHAEL PITTS
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Fourth Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Fourth Superseding Indictment.

Dated: 8/13/24

_____
ROGER HAYNES
Attorney for the Defendant